**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV **1 5** 2021

**TAMMY H. DOWNS, CLERK**
By:_____
**DEP CLERK**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

Central Division

Case No. **4:21-cv-1094-JM**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**Iyanga Bey**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

**Demar Bey, Sha'rajah Bey**

*Third-party plaintiff(s)*
*(Write the full name of each ~~defendant~~/third-party plaintiff. If the*
*names of all the ~~defendants~~/third-party plaintiffs cannot fit in the*
*space above, please write "see attached" in the space and attach*
*an additional page with the full list of names.)*
**-v-**

**Sean T. Crowley d/b/a MASSACHUSETTS STATE**
**TROOPER SEAN T. CROWLEY Et Alia**
**(SEE ATTACHED)**

*Third-party defendant(s)*
*(Write the full name of each third-party defendant. If the names*
*of all the third-party defendants cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**This case assigned to District Judge Moody**
**and to Magistrate Judge Volpe**

## THIRD – PARTY COMPLAINT

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Iyanga Bey |
| Street Address | c/o 4700 East McCain Boulevard #15603 |
| City and County | Little Rock |
| State and Zip Code | Arkansas Republic [72231] |
| Telephone Number | 417-775-0501 |
| E-mail Address  *(if known)* | N/A |

Pro Per Third-Party Complaint

---

**B.**     **Third–Party Plaintiff(s)**

Provide the information below for each ~~defendant~~/third–party plaintiff named in the complaint.  Attach additional pages if needed.

| Name | Demar Bey | Sha'rajah Bey |
|------|-----------|---------------|
| Street Address | c/o 4700 East McCain Boulevard #15603 | c/o 4700 East McCain Boulevard #15603 |
| City and County | Little Rock | Little Rock |
| State and Zip Code | Arkansas Republic [72231] | Arkansas Republic [72231] |
| Telephone Number | 417-212-2360 | N/A |
| E-mail Address | N/A | N/A |

**C.**     **The Third–Party Defendant(s)**

Provide the information below for each third–party defendant named in the complaint, whether the third–party defendant is an individual, a government agency, an organization, or a corporation.  For an individual third–party defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Third–Party Defendant No. 1

| | |
|---|---|
| Name | Sean T. Crowley |
| Job or Title *(if known)* | d/b/a MASSACHUSETTS STATE TROOPER BADGE# 4276 |
| Street Address | 520 Fellsway |
| City and County | Medford and Middlesex |
| State and Zip Code | MASSACHUSETTS and 02155 |
| Telephone Number | (781) 396-0100 |
| E-mail Address *(if known)* | unknown |

Third–Party Defendant No. 2

| | |
|---|---|
| Name | John Dunn |
| Job or Title *(if known)* | d/b/a MASSACHUSETTS STATE TROOPER BADGE# 4119 |
| Street Address | 520 Fellsway |
| City and County | Medford and Middlesex |
| State and Zip Code | MASSACHUSETTS and 02155 |
| Telephone Number | (781) 396-0100 |
| E-mail Address *(if known)* | unknown |

Pro Se 11 (Rev. 12/16) Third–Party Complaint

Third–Party Defendant No. 3

| | |
|---|---|
| Name | Giovanni Orlando |
| Job or Title *(if known)* | d/b/a MASSACHUSETTS STATE TROOPER BADGE# 4581 |
| Street Address | 520 Fellsway |
| City and County | Medford and Middlesex |
| State and Zip Code | MASSACHUSETTS and 02155 |
| Telephone Number | (781) 396-0100 |
| E-mail Address *(if known)* | unknown |

Third–Party Defendant No. 4

| | |
|---|---|
| Name | Edward Kenney |
| Job or Title *(if known)* | d/b/a MASSACHUSETTS STATE TROOPER BADGE# 3299 |
| Street Address | 520 Fellsway |
| City and County | Medford and Middlesex |
| State and Zip Code | MASSACHUSETTS and 02155 |
| Telephone Number | (781) 396-0100 |
| E-mail Address *(if known)* | unknown |

See attachment for Third-Party Defendants Continued

## II.   Initial Complaint

A.   Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

Unlicensed Operation of MV, Unregistered Motor Vehicle, Uninsured Motor Vehicle, Attaching Plates, Possession/Carrying a Firearm, Firearm Store - Improper, Possession of Large Capacity, Possession of Ammo w/o FID Card, Knowingly providing false name to police office

B.   State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

Yes, writs, affidavits, [motions], exhibits and witness statements filed as evidence with the Third-Party Defendant(s). Video evidence is also being compiled and will be provided during this case. No responses have been received and no evidence has been reviewed or mentioned on the record. See Brady v. Maryland, 18 USC § 2071, and 18 USC § 1519.

## III.   Third–Party Complaint

A.   Describe the nature of the relationship between you and the third–party defendant.  Attach any contracts or documents showing the nature of the relationship.

No relationship what-so-ever between the Third-Party Plaintiff(s) and the third-party defendant(s) by any means, and no contract(s) exists or have ever existed on any record between the Third-Party Plaintiff(s) and third-party defendant(s). The same facts apply for the Plaintiff, no contract(s) or relationship exists between the Plaintiff and third-party defendant(s).

B.   Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff.  Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute.  Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

I, Demar Bey and Sha'rajah Bey, personally witnessed the unlawful and illegal activities of Sean T. Crowley d/b/a STATE TROOPER SEAN T. CROWLEY, and we were both, amongst others affected by the human trafficking, genocidal, and unconstitutional actions of Sean T. Crowley. We were affected financially and emotionally. Sean T. Crowley and other agents stole personal property of ours, consciously suppressed the evidence of our personal property in our conveyance from his unsigned criminal complaint form which should have been signed under Oath by a magistrate (but was not), and led us astray on the streets and stranded without a mode of conveyance [automobile] to return to our destination that day, which is Arkansas Republic. We were without a conveyance at our religious organization for almost two weeks and our lives were put in danger. This incident greatly interfered with our religious services (First Amendment) as the automobile that was unlawfully seized is owned by it. The Third-Party Defendant(s) will be required to contribute to 100% of the plaintiff's recovery. The facts and relevant provisions of state and Federal law that demonstrate we are meritorious to collect from the third-party defendant(s) are pursuant, but not limited to: G.L. c. 276, § 22; 28 U.S. Code § 2254 - State custody; remedies in Federal courts, Bill of Rights, Fourth and Fifth Amendment of the Constitution for the united States of America, Constitution for the united States, Article VI, The Preamble, Declaration of Independence, Constitution for the united States, Amendment I, II, V, VI, IX, XIII and X, Treaty of Peace and Friendship between Morocco and The United States 1787 Articles 6, 20, and 21, PUBLIC LAW 856 CHAPTER 807 - JOINT RESOLUTION, 18 U.S. Code § 872 - Extortion by officers or employees of the United States, 18 U.S. Code § 880. Receiving the proceeds of extortion, 18 U.S. Code § 1951 - Interference with commerce by threats or violence, Department of Justice Manual Title 9-110.800 - Violent Crimes in Aid of Racketeering Activity (18 U.S.C. § 1959), RICO Statute - 18 U.S.C. § 1961-1968, Mass. Gen. Laws Ch. 247 § 7 Goods unlawfully taken, detained or attached, 50 U.S. Code CHAPTER 53—TRADING WITH THE ENEMY (50 U.S. Code § 4305 - Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold or silver, property transfers, vested interests, enforcement and penalties) (b)(2), 28 U.S. Code § 3002(15)(A).  United States" means— (A) a Federal corporation, 28 U.S. Code § 1332 - Diversity of citizenship; Discrimination of National Origin, and Defamation, 42 U.S. Code § 2000h–1. Double jeopardy; specific crimes and criminal contempts, 18 USC § 2071 Concealment, removal, & mutilation and 18 USC § 1512 (b)&(c) Tampering with a witness, victim, or an informant, 18 USC § 1001 - Statements or entries generally (falsifying), 18 USC 1016 Acknowledgment of appearance or oath.

"For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional right." Serer v. Cullen 481 F. 945. "Without Corpus Delicti, there can be no crime. In every prosecution for crime, it is necessary to establish the "corpus delicti" i.e., the body or elements of the crime" People v. Lopez, 62 Ca. Rptr. 47, 254 C.A.2d 185

III. Third Party Complaint - B. Continued

Hebron v. Touhy 18 Fed 421, 423. Probable cause depends on information known to the police at the time, not on how things turn out. Hunter v Bryant; Beck v Ohio

Jackson v. City of S.F. 746 F 3d 953 961 "Law[s] prohibiting the acquisition and possession of magazines able to hold any more than 10-rounds... is unconstitutional under any level of scrutiny." Jackson thus held that the right to possess firearms... implies a ... right to obtain the bullets necessary to use them." Duncan v. Becerra citing Jackson.

"These legal obligations arise primarily from treaties, which form part of the supreme law of the land under Article VI of the Constitution FOR the united States. The instructions and guidance contained in this manual must be followed by all federal, state, and local government officials, whether law enforcement, judicial, or other, insofar as they pertain to foreign nationals subject to the officials' authority or to matters within the officials competence." - CONSULAR NOTIFICATION AND ACCESS MANUAL FIFTH EDITION | SEPTEMBER 2018

If any tribunal finds absence of proof of jurisdiction over person and subject matter the case must be dismissed. Louisville Rail Road v. Motley, 211 U.S. 149, 29 S Ct. 42

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them". Miranda v. Arizona, 384 U.S. 436, 491

"If the Constitution prescribes one rules and the statute another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute governs in cases before them for judgment." [16Am Jur 2d..Sec. 155;, emphasis added]

"Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason." [Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)]

United Nations Declaration on the Rights of Indigenous Peoples:
      Article 6 - Every Indigenous individual has the right to a nationality.
      Article 19 - States shall consult and cooperate in good faith with the Indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administration that may affect them.

From The Declaration of Human Rights - United Nations General Assembly - December 10, 1948, Resolution #217:
      Article 15:
1.     Everyone has the right to a nationality.
2.     No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality

From The Declaration of the Rights of The Child - United Nations General Assembly - 1959, Principle III: Every child shall be entitled, from his birth, to a name and a nationality

(See attached "Affidavit of Fact" for Third-Party complaint continued)

## IV.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     November 12th, 2021

Autograph of Third-Party Plaintiff     By: demar bey, ALL Rights Reserved

Printed Appellation of Third-Party Plaintiff     Demar Bey

Autograph of Third-Party Plaintiff     Sha'rajah Bey

Printed Appellation of Third-Party Plaintiff     Sha'raJah Bey

### B.     For Attorneys

Date of signing:     N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

## Third-Party Defendants List (Cont'd)

| Name | Badge # | Address |
|---|---|---|
| Sean T. Crowley<br>d/b/a MASSACHUSETTS STATE TROOPER<br>SEAN T. CROWLEY | 4276 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |
| John Dunn<br>d/b/a MASSACHUSETTS STATE TROOPER<br>JOHN DUNN | 4119 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |
| Giovanni Orlando<br>d/b/a MASSACHUSETTS STATE TROOPER<br>GIOVANNI ORLANDO | 4581 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |
| Edward Kenney<br>d/b/a MASSACHUSETTS STATE TROOPER<br>EDWARD KENNEY | 3299 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |
| Donald Henry<br>d/b/a MASSACHUSETTS STATE TROOPER<br>DONALD HENRY | 3968 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |
| Brian Labriola<br>d/b/a MASSACHUSETTS STATE TROOPER<br>BRIAN LABRIOLA | 3824 | STATION A-4, SP MEDFORD<br>520 FELLSWAY STREET<br>MEDFORD, MASSACHUSETTS<br>02155 \| (781) 396 0100 |

# Third-Party Defendants List (Cont'd)

| | | |
|---|---|---|
| Marion Fletcher d/b/a LIEUTENANT MARION FLETCHER | 2169 | STATION A-4, SP MEDFORD 520 FELLSWAY STREET MEDFORD, MASSACHUSETTS 02155 \| 781 396 0100 |
| John McNeil d/b/a SERGEANT JOHN MCNEIL | 2232 | STATION A-4, SP MEDFORD 520 FELLSWAY STREET MEDFORD, MASSACHUSETTS 02155 \| 781 396 0100 |
| William M. Fitzpatrick d/b/a MASSACHUSETTS STATE MAGISTRATE WILLIAM M. FITZPATRICK | **Bar#** 170010 | SOMERVILLE DISTRICT COURT 175 FELLSWAY W. SOMERVILLE, MASSACHUSETTS 02145 \| 617 666 8000 |
| Stephanie Ann Romano d/b/a DEFENSE ATTORNEY STEPHANIE ANN ROMANO | **Bar#** 658534 | STEPHANIE ANN ROMANO 10 LINWOOD STREET SAUGUS, MASSACHUSETTS 01906 \| 781 853 8733 |
| John F. Bok d/b/a DEFENSE ATTORNEY JOHN F. BOK | **Bar#** 703237 | SOMERVILLE DISTRICT COURT 175 FELLSWAY STREET SOMERVILLE, MASSACHUSETTS 02145 \| 617 666 8000 |
| Derek Robert Stephens d/b/a STEPHENS AUTOMOTIVE TRANSPORT | **DUNS#** 064531298 | 60 UNION STREET MEDFORD, MASSACHUSETTS 02155 \| 781 396 8697 |
| COMMONWEALTH OF MASSACHUSETTS | **TIN** 04-6002284 | Governor Charles Baker Jr. d/b/a COMMONWEALTH OF MASSACHUSETTS 24 BEACON STREET, ROOM 280 BOSTON, MASSACHUSETTS 02133 \| 617 725 4005 |

**NOTE: All Defendants (except COMMONWEALTH OF MASSACHUSETTS) to be sued in individual capacity**




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**Date:** 6 Rabi al Thani, 1443 [November 11, 2021]


Demar Bey

Iyanga Bey

Sha'rajah Bey

**PLAINTIFFS**

**v.**                                    Case Number: _____

Sean T. Crowley

John Dunn

Giovanni Orlando

Edward Kenney

Donald Henry

Brian Labriola

Marion Fletcher

John McNeil

William M. Fitzpatrick

Stephanie Ann Romano

John F. Bok

Derek Robert Stephens

COMMONWEALTH OF MASSACHUSETTS

**DEFENDANTS**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



## **COMPLAINT**
(Continued from Third-Party Complaint form)


### **Jurisdiction**

Jurisdiction of this court is invoked under The Zodiac Constitution #AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty (Treaty of Peace and Friendship 1786/1787) and laws of the united States Republic (Organic Constitution *for* the united States of America). Public Law 856 Chapter 807 Joint Resolution. SOMERVILLE DISTRICT COURT lacks Subject Matter Jurisdiction, Personam Jurisdiction, and Territorial Jurisdiction Article III, Section 2 of the Constitution *for* the united States of America. Title 28 U.S.C. Sec. 1333 Federal Courts have Original Jurisdiction. Rights of Indigenous Peoples– Article 34. "If any tribunal finds absence of proof of jurisdiction over person and subject matter the case must be dismissed." **Louisville Railroad v Motley**, 211 U.S. 149, 29 S Ct. 42. "These legal obligations arise primarily from treaties, which form part of the supreme law of the land under Article VI of the Constitution FOR the united States. The instructions and guidance contained in this manual must be followed by all federal, state, and local government officials, whether law enforcement, judicial, or other, insofar as they pertain to foreign nationals subject to the officials' authority or to matters within the officials' competence." – CONSULAR NOTIFICATION AND ACCESS MANUAL FIFTH EDITION | SEPTEMBER 2018.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Section 2. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." **Hagans v Lavine**, 415 U.S. 533. "Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered." See **McNutt v. General Motors Acceptance Corp; MAXFIELD v. LEVY**. It was ruled in **Kolovrat v. Oregon** that "A state cannot refuse to honor or refuse to give a foreign national their treaty rights as treaties are law of the land."

## Venue

The proper venue for the matter is Supreme/Federal Court. This matter is a result of Federal Law violations, the defendants disregard of Res Judicata ruled in Federal Court, and failure to uphold Oaths and Treaties that are Supreme Law of the Land. "*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational.*" **ASIS v. US**, 568 F2d 284. "*When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially.*" **Thompson v. Smith** 154 SE 583.




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

# Affidavit of Fact

## To: UNITED STATES DISTRICT COURT for the Eastern District of Arkansas, Central Division

*Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See Biffe v. Morton Rubber., Inc., 785 S.W. 2d 143, 144 (tex. 1990).*

Greetings, I Am Demar Lashun Bey©, I come to you in peace. I am a Free and competent Moorish American National. On 1st Safar 1443 [September 8, 2021], I personally witnessed an unlawful investigatory act and conspiracy (18 U.S. Code 241 & 242) against the God-given rites of Empress Iyanga Bey secured by the Constitution FOR the united States of America and the Treaty of Peace and Friendship of 1787/1836. I personally know the good-nature and character of Empress Iyanga Bey within the community and the National Government of Morocco. She is a loving mother and peaceful Moabitess that stands on the five ancient and Divine principles of Love, Truth, Peace, Freedom, and Justice. She does not have a criminal background, did not commit and **had no** intent to commit any alleged crimes on, before, or leading up to the 1st Safar 1443 [September 8, 2021] encounter. I must state for the record that her private conveyance aka "automobile" ["vehicle", "motor vehicle"] was locked and secured on 1st Safar 1443 [September 8, 2021] around 8:45am as we exited the private conveyance, which is held in a private religious trust. The private conveyance was double and triple checked to make sure it was locked; and secured to prevent any theft or intrusion, but according to the false arrest report, the MASSACHUSETTS STATE TROOPERS unlawfully searched her private conveyance while we were in MALDEN DISTRICT courthouse attending the hearing for Rise of the Moors. We exited the conveyance from the parking lot of "Golds Gym" at 4000 Mystic





Valley Parkway, near MEDFORD. According to the false arrest report, Sean T. Crowley went into the trunk of the automobile, which was locked, violating Iyanga Bey's right to due process of law, her right to life, liberty, and property and violating the fourth amendment that protects against unlawful searches and seizures (Fourth & Fifth Amendment). Trooper Sean T. Crowley claimed to be doing an "Inventory Search." The alleged purpose of an inventory search is "to determine whether the vehicle contains any valuable objects that need to be safeguarded or whether there are weapons that might fall into the hands of vandals." According to the purpose of the inventory search, the TROOPERS were supposed to safeguard the arms from being stolen, not use it against her as the car was being towed for "registration" (No registration is *not* a crime. **Cal. V. Farley**) as claimed by Sean T. Crowley and recorded on his body cam. The inventory search was used as a subterfuge for an unlawful entry into a constitutionally protected area. The arms was seized under the *guise* of an automobile inventory search to justify an unlawful search and seizure and false arrest.

An inventory search conducted as a pretext for an investigatory search violates the Fourth Amendment to the United States Constitution. The Massachusetts Appeals Court affirmed a superior court judge's order suppressing a large amount of cocaine because the State Police improperly searched a car under the guise of an "inventory search." **Commonwealth v. Ortiz.**

All evidence obtained by searches and seizures in violation of the Federal Constitution is inadmissible in a criminal trial in a state court. **Wolf v Colorado**, 338 U.S. 25.



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

If a search is undertaken for an investigatory reason, then it is not for "safeguarding the car or its contents, protecting the police against unfounded charges of misappropriation, protecting the public against the possibility that the car might contain weapons or other dangerous instrumentalities that might fall into the hands of vandals," Ortiz, 88 Mass. App. Ct. at 576 quoting ***Commonwealth v. Baptiste***, 65 Mass. App. Ct. 511, 516 (2006)), and cannot be justified as a valid inventory search.

An inventory search "may not be allowed to become a cover or pretext for an investigative search" ***Commonwealth v. Ortiz.***

We were in Massachusetts in support of our brother's (Rise of the Moors civic organization) who are being held as political prisoners against their will. The abandoned parking lot and building of "Golds Gym" which is boarded up and has graffiti written all over it, leaves and trash all over the parking lot, for over a year now and has been in a state of abandonment. The evidence of the abandoned "Golds Gym" building can be found on Google Maps which shows **"permanently closed"**, on their Instagram page, and the fact that MVP Mystic LLC is petitioning for a Comprehensive Permit pursuant to Massachusetts General Laws to develop a multi-family apartment complex there by the Zoning Board of Appeals dated 14-Ramadan-1441 [Thursday, May 7, 2020]. There is also evidence that was submitted to the Third-Party Defendant(s). This further shows that "Gold's Gym" has been abandoned for over a year now and **has not** had any customers or activities involved that would hinder the alleged owner from conducting commerce.

 

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and theUnited States.

**GENOCIDAL and human trafficking acts I personally witnessed on 1st Safar 1443 [September 8, 2021] at the parking lot of the abandoned "Gold's Gym" allegedly owned by Mark, HARRIER are below, but not limited to:**

1. I personally witnessed Sean T. Crowley d/b/a MASSACHUSETTS STATE TROOPER SEAN T. CROWLEY and RESPONDEAT SUPERIOR unlawfully hinder Empress Iyanga Bey from moving her private conveyance from the "Golds Gym" parking lot after we decided to leave the courthouse and travel back to Arkansas. (video footage will be provided);

2. Third-party defendant(s) violated their OATH OF OFFICE by unlawfully approaching Empress Iyanga Bey **without** probable cause and a sworn Oath or affirmation from an Article III Judge **"particularly describing the place to be searched, and the persons or things to be seized"** (Fourth Amendment) and a lack of due process of law (Fifth Amendment);

3. Sean T. Crowley d/b/a MASSACHUSETTS STATE TROOPER SEAN T. CROWLEY and RESPONDEAT SUPERIOR aggressively grabbed Empress Iyanga Bey out of her private conveyance and placed her in handcuffs. Empress Iyanga Bey was not aggressive, resisting, or obstructing in any manner what-so-ever. She was peacefully explaining her status as a free Moorish American whose citizenship and allegiance is to the Moroccan/Moorish Nation currently under occupation by foreigners. ***"AMER'ICAN, noun A native of America; originally applied to the aboriginals, or copper-colored races, found here by the Europeans; but now applied to the descendants of Europe born in America" - Websters 1828 American Dictionary of the English Language AA222141;***



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

4. Third-party defendant(s) violated the Supreme Law of the Land i.e. the Republic Constitution FOR the united States of America: First Amendment, Second Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Eighth Amendment, Tenth Amendment, Article one, Section ten, clause one, et al that they swore to uphold and defend against all enemies foreign and domestic – committing perjury and treason against their OATH OF OFFICE and the Republic Constitution Article IV, Section 4: **"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence"**;

5. Jurisdiction of this court is invoked under The Zodiac Constitution #AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty (Treaty of Peace and Friendship 1786/1787) and laws of the united States Republic (Organic Constitution for the united States of America). A DRIVERS LICENSE is not required except in the absence of a national identity card, yet commonly accepted Section 1028 of Title 18: source: **https://www.justice.gov/archives/jm/criminal-resource-manual-1508-specifically-mentioned-identification-documents-18-usc-1028**. Violation of the United Nations DECLARATION on the RIGHTS of INDIGENOUS PEOPLES, articles 1, 2, 3, 6, 7(2), 8(2)(e), 13, et al;

6. Third-party defendant(s) violated their Police Officer Standards and Training. They also failed to follow the Massachusetts Criminal Complaint Procedure (COMMONWEALTH OF MASSACHUSETTS, District Court Standards of Judicial Practice, The Complaint Procedure) as described



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and theUnited States.

in Mass Crim. Proc. Rule 3(g)(1), G.L. c. 276, § 22, and Federal Rules of Criminal Procedures Rule 3. Complaint **MUST** be **subscribed** by the complainant **under oath**. Also see 42 USC 14141.

7. Third-party defendant(s) violated the U.S. DEPARTMENT OF STATE's Consular Notification and Access, **"*Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals at the united States and the Rights of Consular Officials to Assist her*"**;

8. Third-party defendant(s) violated 18 U.S. Code Chapter 77 PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS, 18 U.S. Code & 1341 - Frauds and swindles, Article III Impeachable felony & Treason (taking wages under false pretenses), violation of Freedom of Association of the Federal Reserve System (12 U.S. Code 411), 18 U.S. Code Chapter 95, 18 U.S. Code 872 & 880 - Extortion by officers or employees of the united States corporation company by attaching a BAIL/BILL OF ATTAINDER to Empress Iyanga Bey in order to be set at liberty from their private for-profit jail schemes;

9. "Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc. have been held to be non-arrestable offenses." ***Cal v. Farley.*** "A vehicle not used for commercial activity is a "consumer goods",...it is NOT a type of vehicle required to be registered and "use tax" paid of which the tab is evidence of receipt of the tax." ***Bank of Boston v. Jones***, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14. Traveling is not a privilege requiring licensing,



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

vehicle registration, or forced insurance. ***Chicago Coach Co. V. City of Chicago***, 227 Ill. 200, 169 N.E. 22.);

10. The criminal complaint ***was not*** signed by the Third-party defendant(s), which for the record is evident that the Third-party defendant(s) were consciously conspiring to deprive Empress Iyanga Bey of her God-given rites and to avoid liability by not swearing to the "facts" by Oath and affirmation that any criminal activity happened before, during, or after the fact, absent a warrant or verified reasonable suspicion that a crime had been, was being, or was about to be committed by Empress Iyanga Bey (Commonwealth v. Barhight, 75 Mass. (9 Gray) 113 (1857) and G.L. c. 276, § 22). The "criminal" complainant stated "*Mark, HARRIER the alleged owner of the building advised the policy enforcer a motor vehicle was illegally parked next to the abandoned "Golds Gym" building as stated before*". The scheme here by the Third-party defendant(s) is clear evidence of HUMAN TRAFFICKING, GENOCIDE, violations of the RICO ACT, et al and needs to be put to halt to prevent any further crimes committed against humanity and the aboriginal and indigenous people of the land i.e., Moorish Americans. The Third-party defendants unlawfully entered our private conveyance while we were inside of MALDEN DISTRICT COURT attending a hearing and found arms in a locked trunk, sealed, closed and double bagged inside the manufacturer's case in the trunk out of reach of everyone traveling. We were not aware that the third-party defendant(s) unlawfully searched our parked private conveyance without a warrant. We later discovered after receiving a copy of the arrest narrative that the Third-Party defendants entered the car after the



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and theUnited States.



claim for an inventory search was "no registration" and put the items that should've been inventoried back in place, "placed surveillance" on the automobile, and waited until we walked back to the automobile. This, in itself, is proof of the inventory search turning into an investigatory search on the arms (Fourth Amendment violation), which is conspiring to deprive us of our rights (18 USC 241 & 242). An inventory search "may not be allowed to become a cover or pretext for an investigative search" *Commonwealth v. Ortiz.*

## Remedy Sought

An Order of Emergency Writ for Prejudgment Writ of Replevin Without Notice has been submitted directing STEPHENS AUTOMOTIVE TRANSPORT located at 60 Union Street near MEDFORD, MASSACHUSETTS [02155] and MASSACHUSETTS STATE POLICE located at State Police Medford Barracks, 520 Fellsway Street near MEDFORD, MASSACHUSETTS [02155] to immediately return all personal property stolen from Empress Iyanga Bey, Sha'rajah Bey, myself and others; $741.00 in tow fees accumulated and associated with the unlawful seizure of the Gray 2014 TOYOTA CAMRY SE Sedan VIN No. 4T1BF1FK7EU374512 and its contents; private personal property held in an unincorporated religious Trust: Glock 43 9mm with a serial number



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

of AFFH164 with factory manufacturer's case, Samsung Galaxy S7 Active (stolen/not mentioned in the report), Samsung Galaxy - Black (stolen/not mentioned in the report), 6 round factory magazines (2), 10 round magazines (2), at least 22 rounds of 9mm ammunition and private property religious plates; $4,500.00 taken as ransom, racketeering, and extortion (*18 USC 872, 18 USC 880, 18 USC 1951, RICO Statute - 18 U.S.C. § 1961-1968, 12 U.S.C. § 411, 50 U.S. Code § 4305 - Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold or silver, property transfers, vested interests, enforcement and penalties, 42 U.S.C. § 14141, et al*) under the guise of "bail money", all of which has been seized and held unlawfully, pursuant to, Mass. Gen. Laws Ch. 247 § 7 Goods unlawfully taken, detained or attached. Bill of Rights, Fourth and Fifth Amendment of the Constitution for the united States of America. Finally, seeking $70 million for the damages mentioned above and continued acts and attempts of human trafficking, deprivation of rights, extortion, genocide, ongoing bill of attainders, and financial/emotional/time consuming inconveniences by Third-party defendant(s). There is more than enough bona fide evidence on record to show the corruption and organized criminal actions of the Third-party defendant(s). We have peacefully exhausted all measures (affidavits, appearances, [motions], dismissals, removals, et alia) at MASSACHUSETTS STATE level to resolve this matter many times (evidence will show for itself), but the case has only gotten further delayed to find "probable cause" in which the Third-party defendant(s) ***have not*** found to this day as it should've



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and theUnited States.

been found *prior* to the arrest. Another thing to note is the complainant

(Sean T. Crowley d/b/a STATE TROOPER SEAN T. CROWLEY) has not shown up

to **any** court hearings to stand by the false claims made in the report

and on the unsigned, unsworn to criminal complaint, mandatory pursuant

to Mass Crim. Proc. Rule 3(g)(1), G.L. c. 276, § 22, and Federal Rules

of Criminal Procedures Rule 3. Complaint <u>MUST</u> be <u>subscribed</u> by the

complainant <u>under oath</u>. *Commonwealth v. Haddad, Commonwealth v. Cote.*

### UNDER PENALTY OF PERJURY

Under penalty of perjury and prosecution from the Moorish Nation, do
declare and state for the record, to the best of my ability, that all
claims and statements made in this affidavit are true, factually based
and not made for, nor intended to be used for fraud, misrepresentation,
misprision nor usurpation. A Free and competent Moorish American
National and citizen of the free National Government of Morocco,

I am: _By: demon bey_____.
ALL God-given Rites Reserved Forever. In honor of my Moabite ancestors
to time immemorial, exercising the Divine and Common-Law-Rite to Jus
Postliminii, in accord with the ancient and divine principles of Love,
Truth, Peace, Freedom and Justice.

Witness Autograph _Shatalem Bey_____
                    All Rights Reserved



In Propria Persona/Pro Per