# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IYANGA BEY, DEMAR BEY, and SHA'RAJAH BEY,

Plaintiffs,
  v.

                                               CIVIL ACTION NO.
                                               22-10012-FDS

SEAN T. CROWLEY et al.,
Defendants,

## ORDER OF DISMISSAL

**SAYLOR, Ch. J.**

In accordance with the Court's Electronic Order dated June 27, 2022 (ECF No. 10), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

                                               By the Court,

**June 27, 2022**
Date
                                             /s/ Daniel C. Hohler
                                             Deputy Clerk